UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
JESSICA C. WILSON,

                    Claimant,

                                          **PARTIAL STIPULATION**
                                          **DISCONTINUING ACTION**
          -against-                       **Civil Action No: 1:14-cv-27**
                                          **[DNH/ATB]**

THE CITY OF GELNS FALLS,
THE GLENS FALLS POLICE DEPARTMENT,
and WILLIAM F. HOLMES,

                    Defendants.

---

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the

attorneys of record for all the parties to the above-entitled action, that whereas no party

hereto is an infant or incompetent person for whom a committee has been appointed and

no person not a party has an interest in the subject matter of the action, the above-entitled

action, be and the same hereby is discontinued  as against defendant, **CITY OF GLENS**

**FALLS POLICE DEPARTMENT**, only,  on the merits, with prejudice, and without costs to

either party as against the other.  This Stipulation may be filed without further notice with

the Clerk of the Court.

DATED: 4/24/14                         DATED: 4/28/14

LAW OFFICES OF GREGORY V. CANALE       CARTER, CONBOY, CASE, BLACKMORE,
                                       MALONEY & LAIRD, P.C.

By: GREGORY V. CANALE                  By: JAMES A. RESILA
Attorneys for Plaintiff                Attorneys for Defendants,The City Of
456 Bay Road                           Glens Falls, The Glens Falls Police
Queensbury, NY 12804                   Department, And William F. Holmes
                                       20 Corporate Woods Boulevard
                                       Albany, NY  12211-2362